FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 DEC 16  AM 8: 43

CLERK _BMcCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PEGGY H. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-188 |
| | ) | |
| RICHMOND COUNTY BOARD OF EDUCATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims for racial and gender discrimination under Title VII are **DISMISSED.**[1]

SO ORDERED this 15th day of December, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's retaliation claim shall proceed as described in the Magistrate Judge's Order dated November 22, 2005. (See doc. no. 1).